UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LANECIA VOLLANO

    v.                                                                                   CASE NO. 3:23CV840(MPS)

KILOLO KIJAKAZI
*Acting Commissioner of Social Security*

## JUDGMENT

This action having come on for consideration of the Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand before the Honorable Michael P. Shea, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having filed its ruling on August 14, 2023, granting the motion, it is hereby

ORDERED ADJUDGED and DECREED that the case is remanded for additional administrative proceedings.

Dated at Hartford, Connecticut, this 15th day of August 2023.

DINAH MILTON KINNEY, Clerk

By  /s/ Devorah Johnson
     Devorah Johnson
     Deputy Clerk

EOD  08/15/23